EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division
California Bar No. 58609
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2461
    Facsimile: (213) 894-7819
    E-mail: roger.west4@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LETTERS ROGATORY FROM THE DISTRICT COURT OF KOPER, SLOVENIA | CV MISC. NO. 15-247<br><br>APPLICATION FOR ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER<br><br>(28 U.S.C. § 1782) |

    The United States of America by the undersigned, Eileen M. Decker, United States Attorney for the Central District of California, by Leon W. Weidman, Assistant United States Attorney, Chief, Civil Division, by Roger E. West, Assistant United States Attorney, First Assistant Chief, petitions this Court for an Order, pursuant to § 1782 of Title 28 of the United States Code, in the form submitted, appointing Roger E. West, Assistant United States Attorney, First Assistant Chief, Civil Division, or his successor in office, as Commissioner and directing the taking of evidence from Miha Plut who, it has been determined,

resides or can be found within the jurisdiction of this Court, pursuant to the terms and conditions set forth in the Letters Rogatory issued by the above-entitled court in Koper, Slovenia, pertinent to the case <u>Miha Plut v. Silvana Caserman, et al.</u>, case number P 245/2010.

  Attached as Exhibit 1 is a copy of the Letters Rogatory from the court in Slovenia. The court in Slovenia is asking that the evidence set forth in Exhibit 1 of p. 12 be obtained from Miha Plut by means of a deposition. Notice will be given to the court in Slovenia of the date and time of the taking of evidence.

  The only restrictions explicitly stated in 28 U.S.C. § 1782 are: (1) that the request be made by a foreign or international tribunal or any interested person; (2) that the testimony or material requested be for use in a proceeding in a foreign or international tribunal; and (3) that the person or entity from whom the discovery is sought is a resident of or can be found in the district where the application is filed. See <u>In Re Request for Judicial Assistance from the Seoul District Criminal Court, Seoul, Korea</u>, 555 F.2d 720, 723 (9th Cir. 1977); <u>United States v. Sealed 1, Letter of Request for Legal Assistance from the Deputy Prosecutor General of the Russian Federation</u>, 235 F.3d 1200, 1205 (9th Cir. 2000) (citing <u>Korea</u> at 555 F.2d at 723 that, "Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal"); <u>In Re Bayer AG</u>, 146 F.3d 188, 192 (3rd Cir. 1998).

  All these three requirements are met in this case. First, the request was made by the District Court of Koper, Slovenia, which is a foreign tribunal. Second, there is a proceeding in that court entitled, <u>Miha Plut v. Silvana Caserman, et al.</u>, case number P245/2010, and the evidence being sought is for use in that proceeding by that court. Finally, it has been determined that Miha Plut resides or can be found within the jurisdiction of this Court.

Therefore, the United States respectfully requests the Court to sign the Order, being lodged under separate cover, appointing Roger E. West, Assistant United States Attorney, First Assistant Chief, Civil Division, or his successor in office, as Commissioner, and directing the taking of testimony from Miha Plut, to enable the court in Slovenia to complete the proceedings before it.

DATED: This 17th day of September, 2015.

        EILEEN M. DECKER
        United States Attorney
        LEON W. WEIDMAN
        Assistant United States Attorney
        Chief, Civil Division

        *Roger E. West*
        Assistant United States Attorney
        First Assistant Chief, Civil Division
        Attorneys for the United States of America